

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00427-CV

| | | |
|---|---|---|
| JUDY DE LA GARZA AND THOMAS M. DE LA GARZA, Appellants | § | On Appeal from the 367th District Court |
| V. | | |
| | § | of Denton County (14-04892-367) |
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES (FHASI 2006-3), AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION, D/B/A FIRST HORIZON HOME LOANS, AND NATIONSTAR MORTGAGE, LLC, Appellees | § | November 1, 2018 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's no-evidence summary judgment in favor of Appellees. We reverse the traditional summary judgment as to The Bank of New York Mellon's counterclaims for judicial

foreclosure and writ of possession, and we remand this case to the trial court for further proceedings not inconsistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth